# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SHOFNER et al., )<br>        Plaintiffs, )<br>   v. )<br>UNITED STATES OF AMERICA, et al., )<br>        Defendants. )<br> )<br> ) | Case No.: 1:12-cv-00062 LJO JLT<br><br>ORDER GRANTING STIPULATION TO CONTINUE SHCEDULING CONFERENCE<br><br>(Doc. 9) |

Before the Court is the stipulation to continue the scheduling conference, currently set on April 26, 2012, for 60 days to allow the two remaining Defendants to be served and appear. (Doc. 9) Plaintiffs assert that have exercised diligence in attempting service but have been unsuccessful. Id.

Good cause appearing, the Court **ORDERS, t**he scheduling conference, currently set on April 26, 2012 is **CONTINUED** to June 28, 2012 at 9:00 a.m. **Plaintiffs are reminded of their service obligations under Fed. R. Civ. P. 4.**

IT IS SO ORDERED.

Dated: **April 18, 2012**         **/s/ Jennifer L. Thurston**
                                 UNITED STATES MAGISTRATE JUDGE