Robert A. Brady    #141223
LAW OFFICES OF ROBERT A. BRADY
18560 Via Princessa, Suite 220
Santa Clarita, CA  91387
Tel.  (661) 251-9910
Fax: (661) 251-9912
Email:  RABradyLaw@cs.com
Attorney for: Plaintiffs,
MICHAEL SHOFNER
and GENEAN MARIE PARAJA

Benjamin B. Wagner
UNITED STATES ATTORNEY
Alyson A. Berg
Assistant United Sates Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California  93721
Tel:  (559) 497-4000
Fax: (559) 497-4099
email:  Alyson.berg@usdoj.gov

Theresa A. Goldner
KERN COUNTY COUNSEL
Mark Nations, Chief Deputy
1115 Truxtun Avenue, Fourth Floor
Bakersfield, California 93301
Tel:  (661) 868-3800
Fax: (661) 868-3805
Email:  mnations@co.kern.ca.us
Attorneys for Defendants
UNITED STATES OF AMERICA,
COUNTY OF KERN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SHOFNER, GANEAN MARIE PARAJA,<br><br>Plaintiffs,<br>        vs.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>        Defendants. | CASE NO: 1:12  CV0062LJO/LJT<br><br>**STIPULATION TO CONTINUE JOINT SCHEDULING CONFERENCE AND [PROPOSED] ORDER**<br><br>Hon.  Jennifer L. Thurston |

 THE PARTIES BY AND THROUGH THEIR  RESPECTIVE ATTORNEYS OF RECORD HERBY STIPULATE AS FOLLOWS:

///

1) This matter is presently set for a Mandatory Joint Scheduling Conference on June 28, 2012 at 9:00 a.m. before the Honorable United States Magistrate Judge Jennifer L. Thurston.

2) The Defendants Kern County Department of Parks and Recreation were served with process on June 19, 2012.  Service of process is still being effected on Defendant Deputy William Strawter.

3) Prior unsuccessful attempts to serve said Defendants had been made.

4) The Defendants Kern County Department of Parks and Recreation and Deputy William Strawter will need additional time in order to have any meaningful participation in the Mandatory Joint Scheduling Conference.

5) The Defendant United States of America does not object to a further continuance of the Mandatory Joint Scheduling Conference.

6) After conferring with all counsel and their respective calendars it is respectfully requested that the Mandatory Joint Scheduling Conference be continued for a minimum of 60 days.

IT IS SO STIPULATED:

Dated:  June 20, 2012               /s/   Robert A. Brady
                                    Robert A. Brady, Attorney for
                                    Plaintiffs MICHAEL SHOFNER and
                                    GENEAN PARAJAS


Dated:  June 20, 2012               /s/   Mark L. Nations
                                    Mark L. Nations, Chief Deputy
                                    Kern County Counsel, Attorneys for
                                    Defendants KERN COUNTY
                                    DEPARTMENT OF PARKS AND
                                    RECREATION

Dated:  June 20, 2012               /s/   Alyson A. Berg
                                    Alyson A. Berg
                                    Assistant United States Attorney
                                    Attorneys for Defendant
                                    UNITED STATES OF AMERICA

**ORDER**

Before the Court is the second request that the mandatory scheduling conference be continued. (Doc. 14)  Plaintiffs report that they *still* have not served Defendant Deputy William Strawter (Id. at 2) although they filed a proof of service as to Deputy Strawter at the same time as the stipulation.  (Doc. 12)  In any event, this service and that accomplished on the County of Kern, did not occur until two days ago.  Id.  Plaintiffs offer no explanation for this dilatory conduct.  They assert that they made prior, unsuccessful attempts at service but fail to provide any facts to support this claim.[1]

The current situation is hardly changed from that when the Court granted the first continuance of the scheduling conference on April 18, 2012.  (Doc. 11)  At that time, Plaintiffs reported that there were "two known Defendants whom have not been served with the Summons and Complaint."  (Doc. 9 at 2)  They claimed, again without any factual support, that they had exercised diligence in attempting to serve these defendants.  Even still, in its order granting the continuance, it reminded Plaintiffs of their obligations under Fed. R. Civ. P. 4 but, nevertheless, timely service did not occur.

Due to Plaintiffs continued failure to effect timely service, the Court has no option but to, once again, continue the scheduling conference.  However, Plaintiffs are advised that no further unwarranted delays will be tolerated.

Based upon the foregoing, the mandatory scheduling conference is CONTINUED to August 23, 2012 at 9:30 a.m. at the United States Courthouse at 510 19th Street, Bakersfield, CA.

IT IS SO ORDERED.

Dated:  **June 21, 2012**                    **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

---

[1] The claim that Plaintiffs were unable to serve a public entity at its regular place of operation is unconvincing.