UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SHOFNER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, et al., <br><br> Defendants. | Case No.: 1:12-cv-00062 - LJO - JLT <br><br> ORDER GRANTING EX PARTE APPLICATION FOR AN ORDER SHORTENING TIME ON PLAINTIFFS' MOTION TO AMEND THE COMPLAINT <br> (Doc. 20) |

On July 23, 2012, Plaintiffs requested leave to file their First Amended Complaint in this action. (Doc. 20). The Court denied Plaintiffs' request for a hearing on July 24, 2012. Notably, Plaintiffs fail to provide authority that the motion to amend may be granted *ex parte*. In order that all parties may have an opportunity to be heard, the Court hereby sets a hearing on Plaintiffs' motion to amend the complaint on **August 10, 2012 at 9:00 a.m**.

Defendants shall file their opposition, or a notice of non-opposition, no later than **August 3, 2012**. Plaintiffs shall file any reply to the opposition no later than **August 6, 2012**.

IT IS SO ORDERED.

Dated:   **July 24, 2012**           /s/ Jennifer L. Thurston
                                UNITED STATES MAGISTRATE JUDGE