1  BENJAMIN B. WAGNER
   United States Attorney
2  ALYSON A. BERG
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone:  (559) 497-4000
5  Facsimile:  (559) 497-4099

6  Attorneys for Federal Defendants

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10 MICHAEL SHOFNER, GANEAN            )
   MARIE PARAJA,                      )   1:12-cv-00062 LJO/JLT
11                                    )
                Plaintiffs,            )   **STATEMENT OF NON-OPPOSITION TO**
12                                    )   **MOTION FOR LEAVE TO AMEND AND**
         v.                            )   **AGREEMENT TO ALLOW**
13                                    )   **DEFENDANTS TO FILE RESPONSIVE**
   U.S. DEPT. OF AGRICULTURE,         )   **PLEADINGS AND/OR MOTIONS;**
14 U.S. FOREST SERVICE, SEQUOIA       )   **ORDER**
   NATIONAL FOREST, KERN COUNTY       )
15 PARKS & RECREATION, KERN           )   [E.D.L.R. 230]
   COUNTY SHERIFF'S DEPT., LAKE       )
16 ISABELLA, DEPT. OF PARKS &         )
   RECREATION,                        )
17                                    )
                Defendants.            )
18 _____    )

19        Pursuant to Eastern District Local Rule 230(c), Defendants United States of America and

20 J. P. Norris ("the Federal Defendants"), and Defendants Kern County Department of Parks and

21 Recreation, and William Strawter ("State Defendants") hereby notify Plaintiffs Michael Shofner

22 and Ganean Marie Paraja ("Plaintiffs") of their Non-Opposition to the Motion for Leave to

23 Amend currently set for hearing on August 10, 2012. (Docket No. 20).

24        Additionally, the Defendants and Plaintiffs stipulate, by and through the undersigned

25 counsel, that the time for all Defendants to respond to the Plaintiffs' First Amended Complaint

26 will be to and including September 5, 2012.  This stipulation is based on good cause, which

27 includes the need for all Defendants to review the allegations in the First Amended Complaint

28 and respond accordingly.  Defendants and Plaintiffs agree that this short extension of time for the

1

STATEMENT OF NON-OPPOSITION TO MOTION FOR LEAVE TO AMEND AND AGREEMENT TO ALLOW DEFENDANTS TO FILE
RESPONSIVE PLEADINGS AND/OR MOTIONS; ORDER

Defendants to respond will not cause any prejudice to the parties. The parties request the court to endorse this stipulation by way of formal order.

                    Respectfully submitted,

Dated: August 3, 2012        BENJAMIN B. WAGNER
                                  United States Attorney

                           By:  /s/Alyson A. Berg
                                ALYSON A. BERG
                                Assistant U.S. Attorney
                                Attorneys for Federal Defendants

Dated: August 3, 2012        LAW OFFICES OF ROBERT A. BRADY

                                (As authorized 08/03/12)
                         By:  /s/Robert A. Brady
                                ROBERT A. BRADY
                                Attorneys for Plaintiffs

Dated: August 3, 2012        KERN COUNTY COUNSEL

                                (As authorized 08/01/12)
                         By:  /s/Mark Lloyd Nations
                                MARK LLOYD NATIONS
                                Attorneys for State Defendants

## ORDER

Based upon the stipulation of the parties, the Court **ORDERS**:

1. Plaintiffs are granted leave to file their first amended complaint **no later than August 10, 2012**;

2. Defendants are granted until September 5, 2012 to file their responsive pleadings;

3. The hearing on the motion to file an amended complaint, set for August 10, 2012 at 9:00 a.m., is **VACATED**.

IT IS SO ORDERED.

Dated:  **August 3, 2012**                                **/s/ Jennifer L. Thurston**
                                                          UNITED STATES MAGISTRATE JUDGE

STATEMENT OF NON-OPPOSITION TO MOTION FOR LEAVE TO AMEND AND AGREEMENT TO ALLOW DEFENDANTS TO FILE RESPONSIVE PLEADINGS AND/OR MOTIONS; ORDER