```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  ALYSON A. BERG
    Assistant United States Attorney
 3  United States Courthouse
    2500 Tulare Street, Suite 4401
 4  Fresno, California 93721
    Telephone:  (559) 497-4000
 5  Facsimile:  (559) 497-4099

 6  Attorneys for Federal Defendants
```

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SHOFNER, GANEAN MARIE PARAJA,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPT. OF AGRICULTURE, U.S. FOREST SERVICE, SEQUOIA NATIONAL FOREST, KERN COUNTY PARKS & RECREATION, KERN COUNTY SHERIFF'S DEPT., LAKE ISABELLA, DEPT. OF PARKS & RECREATION,<br><br>Defendants. | 1:12-cv-00062 LJO/JLT<br><br>**STATEMENT OF NON-OPPOSITION TO MOTION FOR LEAVE TO AMEND AND AGREEMENT TO ALLOW DEFENDANTS TO FILE RESPONSIVE PLEADINGS AND/OR MOTIONS; ORDER**<br><br>[E.D.L.R. 230] |

Pursuant to Eastern District Local Rule 230(c), Defendants United States of America and J. P. Norris ("the Federal Defendants"), and Defendants Kern County Department of Parks and Recreation, and William Strawter ("State Defendants") hereby notify Plaintiffs Michael Shofner and Ganean Marie Paraja ("Plaintiffs") of their Non-Opposition to the Motion for Leave to Amend currently set for hearing on August 10, 2012. (Docket No. 20).

Additionally, the Defendants and Plaintiffs stipulate, by and through the undersigned counsel, that the time for all Defendants to respond to the Plaintiffs' First Amended Complaint will be to and including September 5, 2012.  This stipulation is based on good cause, which includes the need for all Defendants to review the allegations in the First Amended Complaint and respond accordingly.  Defendants and Plaintiffs agree that this short extension of time for the

1  Defendants to respond will not cause any prejudice to the parties. The parties request the court to
2  endorse this stipulation by way of formal order.

3                                               Respectfully submitted,

4  Dated: August 3, 2012                        BENJAMIN B. WAGNER
                                                United States Attorney
5

6
                                         By:    /s/Alyson A. Berg
7                                               ALYSON A. BERG
                                                Assistant U.S. Attorney
8                                               Attorneys for Federal Defendants

9  Dated: August 3, 2012                        LAW OFFICES OF ROBERT A. BRADY

10
                                                (As authorized 08/03/12)
11                                       By:    /s/Robert A. Brady
                                                ROBERT A. BRADY
12                                              Attorneys for Plaintiffs

13  Dated: August 3, 2012                       KERN COUNTY COUNSEL

14
                                                (As authorized 08/01/12)
15                                       By:    /s/Mark Lloyd Nations
                                                MARK LLOYD NATIONS
16                                              Attorneys for State Defendants

17

18                                       **ORDER**

19      Based upon the stipulation of the parties, the Court **ORDERS**:

20      1.   Plaintiffs are granted leave to file their first amended complaint **no later than**
21           **August 10, 2012**;
22      2.   Defendants are granted until September 5, 2012 to file their responsive pleadings;
23      3.   The hearing on the motion to file an amended complaint, set for August 10, 2012
24           at 9:00 a.m., is **VACATED**.
25  IT IS SO ORDERED.

26  Dated:  **August 3, 2012**                         /s/ Jennifer L. Thurston
                                                       UNITED STATES MAGISTRATE JUDGE
27

28

---
2
STATEMENT OF NON-OPPOSITION TO MOTION FOR LEAVE TO AMEND AND AGREEMENT TO ALLOW DEFENDANTS TO FILE
RESPONSIVE PLEADINGS AND/OR MOTIONS; ORDER