Robert A. Brady     #141223
LAW OFFICES OF ROBERT A. BRADY
18560 Via Princessa, Suite 220
Santa Clarita, CA  91387
Tel.  (661) 251-9910
Fax: (661) 251-9912
Email:  RABradyLaw@cs.com
Attorney for: Plaintiffs,
MICHAEL SHOFNER
and GENEAN MARIE PARAJA

Oliver U. Robinson, Esq.
ROBINSON & KELLAR
3434 Truxtun Avenue, Suite 150
Bakersfield, CA  93301
Tel:  (661) 323-8277
Fax:  (661) 323-4205
Email:  rpllaw@aol.com
Attorneys for Defendant
OFFICER W. (WILLIAM) STRAWTER.

Benjamin B. Wagner
UNITED STATES ATTORNEY
Alyson A. Berg
Assistant United Sates Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California  93721
Tel:  (559) 497-4000
Fax: (559) 497-4099
email: Alyson.berg@usdoj.gov
Attorneys for Defendants
UNITED STATES OF AMERICA,
Officer J.P. NORRIS

Theresa A. Goldner
KERN COUNTY COUNSEL
Mark Nations, Chief Deputy
1115 Truxtun Avenue, Fourth Floor
Bakersfield, California 93301
Tel:  (661) 868-3800
Fax: (661) 868-3805
Email:  mnations@co.kern.ca.us
COUNTY OF KERN, KERN COUNTY
DEPARTMENT OF PARKS AND
RECREATION

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL SHOFNER, GANEAN MARIE PARAJA, <br><br>Plaintiffs, <br><br>v. <br><br>UNITED STATES OF AMERICA, et al., <br><br>Defendants. <br>_____ | CASE NO: 1:12  CV0062LJO/LJT <br><br>**STIPULATION TO DISMISS PLAINTIFFS FOURTH CAUSE OF ACTION AND PLAINTIFFS' COMPLIANCE WITH THE CALIFORNIA TORT CLAIMS ACT,** AND **[PROPOSED] ORDER** <br><br>Location:  USDC  CRTRM:  4 <br>Judge:    Hon.  Lawrence J. O'Neill <br><br>Date Action Filed:  September 26, 2011 <br>Date Set For Trial:  September 16, 2014 |

THE PARTIES BY AND THROUGH THEIR RESPECTIVE ATTORNEYS OF RECORD HERBY

STIPULATE AS FOLLOWS:

1) The Plaintiffs have agreed to dismiss the Fourth Cause of Action, as it pertains to violations of the Plaintiffs' Eighth Amendment Rights, pursuant to <u>Pierce v. Multnomah County, Or.</u>, 76 F.3d 1032, (1996).

2) It is further Stipulated by and between the parties that the Plaintiffs have complied with the California Tort Claims Act.

IT IS SO STIPULATED:

Dated:  December 20, 2012                        /s/   Robert A. Brady
                                                 Robert A. Brady, Attorney for
                                                 Plaintiffs MICHAEL SHOFNER and
                                                 GENEAN PARAJAS


Dated:  December 20, 2012                        /s/   Mark  L. Nations
                                                 Mark L. Nations, Chief Deputy
                                                 Kern County Counsel, Attorneys for
                                                 Defendants KERN COUNTY
                                                 DEPARTMENT OF PARKS AND
                                                 RECREATION

Dated:  December 20, 2012                        /s/   Alyson A. Berg
                                                 Alyson A. Berg
                                                 Assistant United States Attorney
                                                 Attorneys for Defendant
                                                 UNITED STATES OF AMERICA


Dated:  December 20, 2012                        /s/    Oliver U. Robinson, Esq.
                                                 ROBINSO0N & KELLAR
                                                 3434 Truxtun Avenue, Suite 150
                                                 Bakersfield, CA  93301
                                                 Attorneys for Defendant
                                                 Deputy WILLIAM STRAWTER

After reviewing the attached Stipulation between the parties by and through their respective counsel of record, and good cause appearing, the Court Orders that the Fourth Cause of Action of Plaintiffs' First Amended Complaint is dismissed with prejudice.  The Court further finds that the

Parties have stipulated that the Plaintiffs have complied with the California Tort Claims Act.

IT IS SO ORDERED.

Dated:   **December 28, 2012**          **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE