**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL SHOFNER, GANEAN MARIE PARAJA, <br><br> Plaintiffs, <br><br> UNITED STATES OF AMERICA, et al., <br><br> Defendants. | ) CASE NO: 1:12-CV-0062-LJO-LJT <br> ) <br> ) **ORDER CONTINUING THE** <br> ) **VOLUNTARY SETTLEMENT CONFERENCE** <br> ) <br> )  (Doc. 46) <br> ) <br> ) <br> ) |

The parties, by and through their respective counsel of record, have stipulated for a continuance of the settlement conference. (Doc. 46). Good cause appearing, the settlement conference, and all exchange and filing deadlines applicable thereto set forth in the Court's Scheduling Order (Doc. 40), is continued from February 8, 2013 to March 7, 2013 at 1:30 p.m.

IT IS SO ORDERED.

Dated:   **January 29, 2013**                    **/s/ Jennifer L. Thurston**
                                                 UNITED STATES MAGISTRATE JUDGE

1