BENJAMIN B. WAGNER
United States Attorney
ALYSON A. BERG
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for United States and Officer Norris

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SHOFNER, GANEAN MARIE PARAJA, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPT. OF AGRICULTURE, U.S. FOREST SERVICE, SEQUOIA NATIONAL FOREST, KERN COUNTY PARKS & RECREATION, KERN COUNTY SHERIFF'S DEPT., LAKE ISABELLA, DEPT. OF PARKS & RECREATION, OFFICER W. STRAWTER, J.P. NORRIS and DOES 1 to 20, <br><br> Defendants. | Case No. 1:12-cv-00062 LJO/JLT <br><br> STIPULATION FOR EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS <br><br> (Doc. 52) |

Plaintiffs ("Plaintiffs), Defendant United States of America and Justin Norris, Defendants Kern County Parks & Recreation, Kern County Sheriff's Dept., Lake Isabella, Dept. of Parks & Recreation ("County Defendants"), and Defendant William Strawter (collectively "the parties") stipulate, by and through the undersigned counsel, to extend the time for filing the dispositional documents to and including June 21, 2013. The parties base this stipulation on good cause, which is the need for additional time for the United States to fund the settlement.

///

///

Accordingly, the parties stipulate and agree that the time for the filing of dispositional documents be extended to June 21, 2013. The parties request the court to endorse this stipulation by way of formal order.

|  |  |  |
|---|---|---|
|  |  | Respectfully submitted, |
|  |  | BENJAMIN B. WAGNER<br>UNITED STATES ATTORNEY |
| Dated: May 6, 2013 | By: | /s/ Alyson A. Berg<br>Alyson A. Berg<br>Attorneys for Defendants<br>United States and Officer Norris |
|  |  | The Law Offices of Robert A. Brady |
| Dated: April 29, 2013 | By: | /s/ Robert A. Brady<br>Robert A. Brady<br>Attorneys for Plaintiffs |
|  |  | Kern County Counsel |
| Dated: April 26, 2013 | By: | /s/Mark L. Nations<br>Mark L. Nations<br>Attorneys for County Defendants |
|  |  | Robinson & Kellar |
| Dated: May 2, 2013 | By: | /s/Oliver U. Robinson<br>Oliver U. Robinson<br>Attorneys for William Strawter |

**ORDER**

IT IS SO ORDERED.

Dated:  **May 6, 2013**              /s/ Jennifer L. Thurston
                                     UNITED STATES MAGISTRATE JUDGE