BENJAMIN B. WAGNER
United States Attorney
ALYSON A. BERG
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California  93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for United States and Officer Norris

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SHOFNER, GANEAN MARIE PARAJA, <br><br>  Plaintiffs, <br><br> v. <br><br> U.S. DEPT. OF AGRICULTURE, U.S. FOREST SERVICE, SEQUOIA NATIONAL FOREST, KERN COUNTY PARKS & RECREATION, KERN COUNTY SHERIFF'S DEPT., LAKE ISABELLA, DEPT. OF PARKS & RECREATION, OFFICER W. STRAWTER, J.P. NORRIS and DOES 1 to 20, <br><br>  Defendants. | Case No. 1:12-cv-00062 LJO/JLT <br><br> STIPULATION FOR EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS <br><br> (Doc. 52) |

Plaintiffs ("Plaintiffs), Defendant United States of America and Justin Norris, Defendants Kern County Parks & Recreation, Kern County Sheriff's Dept., Lake Isabella, Dept. of Parks & Recreation ("County Defendants"), and Defendant William Strawter (collectively "the parties") stipulate, by and through the undersigned counsel, to extend the time for filing the dispositional documents to and including June 21, 2013.  The parties base this stipulation on good cause, which is the need for additional time for the United States to fund the settlement.

///

///

STIPULATION FOR EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS           1

Accordingly, the parties stipulate and agree that the time for the filing of dispositional documents be extended to June 21, 2013. The parties request the court to endorse this stipulation by way of formal order.

Respectfully submitted,

BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

Dated:  May 6, 2013         By:    /s/ Alyson A. Berg
                                   Alyson A. Berg
                                   Attorneys for Defendants
                                   United States and Officer Norris


The Law Offices of Robert A. Brady

Dated:  April 29, 2013      By:    /s/ Robert A. Brady
                                   Robert A. Brady
                                   Attorneys for Plaintiffs


Kern County Counsel

Dated:  April 26, 2013      By:    /s/Mark L. Nations
                                   Mark L. Nations
                                   Attorneys for County Defendants


Robinson & Kellar

Dated:  May 2, 2013         By:    /s/Oliver U. Robinson
                                   Oliver U. Robinson
                                   Attorneys for William Strawter


**ORDER**

IT IS SO ORDERED.

   Dated:   **May 6, 2013**                **/s/ Jennifer L. Thurston**
                                   UNITED STATES MAGISTRATE JUDGE