| | |
|---|---|
| Robert A. Brady     #141223 | Benjamin B. Wagner |
| LAW OFFICES OF ROBERT A. BRADY | UNITED STATES ATTORNEY |
| 18560 Via Princessa, Suite 220 | Alyson A. Berg |
| Santa Clarita, CA  91387 | Assistant United Sates Attorney |
| Tel.  (661) 251-9910 | United States Courthouse |
| Fax: (661) 251-9912 | 2500 Tulare Street, Suite 4401 |
| Email:  RABradyLaw@cs.com | Fresno, California  93721 |
| Attorney for: Plaintiffs, | Tel:  (559) 497-4000 |
| MICHAEL SHOFNER | Fax: (559) 497-4099 |
| and GENEAN MARIE PARAJA | email: Alyson.berg@usdoj.gov |
| | Attorneys for Defendants |
| | UNITED STATES OF AMERICA, |
| | Officer J.P. NORRIS |
| Oliver U. Robinson, Esq. | |
| ROBINSON & KELLAR | Theresa A. Goldner |
| 3434 Truxtun Avenue, Suite 150 | KERN COUNTY COUNSEL |
| Bakersfield, CA  93301 | Mark Nations, Chief Deputy |
| Tel: (661) 323-8277 | 1115 Truxtun Avenue, Fourth Floor |
| Fax:  (661) 323-4205 | Bakersfield, California 93301 |
| Email:  rpllaw@aol.com | Tel:  (661) 868-3800 |
| Attorneys for Defendant | Fax: (661) 868-3805 |
| OFFICER W. (WILLIAM) STRAWTER. | Email:  mnations@co.kern.ca.us |
| | COUNTY OF KERN, KERN COUNTY |
| | DEPARTMENT OF PARKS AND |
| | RECREATION |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL SHOFNER, GANEAN MARIE PARAJA, | CASE NO: 1:12  CV0062LJO/LJT |
| Plaintiffs, | **STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO F.R.C.P. Rule 41(a)(1)(A)(ii)** |
| vs. | Location:  CTRM 4 |
| | Judge:     Hon.  Lawrence  J. O'Neill |
| UNITED STATES OF AMERICA, et al., | Date Action Filed: September 26, 2011 |
| | Date Set For Trial:  September 16, 2014 |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY STIPULATED, by and  between the Plaintiffs MICHAEL SHOFNER and GENEAN MARIE PARAJA, and Defendants

1

UNITED STATES OF AMERICA and Officer J.P. NORRIS, COUNTY OF KERN, KERN COUNTY DEPARTMENT OF PARKS AND RECREATION, and OFFICER W. (WILLIAM) STRAWTER, by and through their respective counsel of record, that the entire above captioned action is dismissed with prejudice in accordance with the terms of the written settlement agreements entered into between the parties.

IT IS FURTHER STIPUALTED that the parties shall bear their own attorneys fees and costs incurred in this action.

IT IS SO STIPULATED:

Dated:  6/21/13                             /s/   Robert A. Brady
                                           Robert A. Brady, Attorney for
                                           Plaintiffs MICHAEL SHOFNER and
                                           GENEAN MARIE PARAJA


Dated:  6/21/13                             /s/   Mark L. Nations
                                           Mark L. Nations, Chief Deputy
                                           Kern County Counsel, Attorneys for
                                           Defendants KERN COUNTY
                                           DEPARTMENT OF PARKS AND
                                           RECREATION

Dated:  6/21/13                             /s/   Alyson A. Berg
                                           Alyson A. Berg
                                           Assistant United States Attorney
                                           Attorneys for Defendant
                                           UNITED STATES OF AMERICA and
                                           OFFICER J. P. NORRIS


Dated:  6/21/13                             /s/ Oliver U. Robinson, Esq.
                                           ROBINSON & KELLAR
                                           3434 Truxtun Avenue, Suite 150
                                           Bakersfield, CA  93301
                                           Attorneys for Defendant
                                           Deputy WILLIAM STRAWTER

IT IS HEREBY ORDERED that the entire action, and all claims by any parties herein, is hereby Dismissed with Prejudice, and further that all parties shall bear their own attorney's fees and costs. The clerk is directed to close this action.

IT IS SO ORDERED.

Dated:   **June 24, 2013**                              **/s/ Lawrence J. O'Neill**
                                                                                       UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER TO DISMISS ENTIRE ACTION

WITH PREJUDICE PURUSUANT TO F.R.C.P 41(a)(1)(A)(ii)