Robert A. Brady     #141223
LAW OFFICES OF ROBERT A. BRADY
18560 Via Princessa, Suite 220
Santa Clarita, CA  91387
Tel. (661) 251-9910
Fax: (661) 251-9912
Email:  RABradyLaw@cs.com
Attorney for: Plaintiffs,
MICHAEL SHOFNER
and GENEAN MARIE PARAJA

Oliver U. Robinson, Esq.
ROBINSON & KELLAR
3434 Truxtun Avenue, Suite 150
Bakersfield, CA  93301
Tel: (661) 323-8277
Fax: (661) 323-4205
Email:  rpllaw@aol.com
Attorneys for Defendant
OFFICER W. (WILLIAM) STRAWTER.

Benjamin B. Wagner
UNITED STATES ATTORNEY
Alyson A. Berg
Assistant United Sates Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California  93721
Tel:  (559) 497-4000
Fax: (559) 497-4099
email: Alyson.berg@usdoj.gov
Attorneys for Defendants
UNITED STATES OF AMERICA,
Officer J.P. NORRIS

Theresa A. Goldner
KERN COUNTY COUNSEL
Mark Nations, Chief Deputy
1115 Truxtun Avenue, Fourth Floor
Bakersfield, California 93301
Tel:  (661) 868-3800
Fax: (661) 868-3805
Email:  mnations@co.kern.ca.us
COUNTY OF KERN, KERN COUNTY
DEPARTMENT OF PARKS AND
RECREATION

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL SHOFNER, GANEAN MARIE PARAJA,<br><br>Plaintiffs,<br><br>    vs.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>    Defendants. | CASE NO: 1:12  CV0062LJO/LJT<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO F.R.C.P. Rule 41(a)(1)(A)(ii)**<br><br>Location: CTRM 4<br>Judge:    Hon. Lawrence J. O'Neill<br>Date Action Filed: September 26, 2011<br>Date Set For Trial: September 16, 2014 |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY STIPULATED, by and  between the Plaintiffs MICHAEL SHOFNER and GENEAN MARIE PARAJA, and Defendants

1

UNITED STATES OF AMERICA and Officer J.P. NORRIS, COUNTY OF KERN, KERN COUNTY DEPARTMENT OF PARKS AND RECREATION, and OFFICER W. (WILLIAM) STRAWTER, by and through their respective counsel of record, that the entire above captioned action is dismissed with prejudice in accordance with the terms of the written settlement agreements entered into between the parties.

    IT IS FURTHER STIPUALTED that the parties shall bear their own attorneys fees and costs incurred in this action.

IT IS SO STIPULATED:

Dated: __6/21/13_____      ___/s/   Robert A. Brady  
   Robert A. Brady, Attorney for  
   Plaintiffs MICHAEL SHOFNER and  
   GENEAN MARIE PARAJA

Dated: __6/21/13_____      ___/s/   Mark  L. Nations  
   Mark L. Nations, Chief Deputy  
   Kern County Counsel, Attorneys for  
   Defendants KERN COUNTY  
   DEPARTMENT OF PARKS AND  
   RECREATION

Dated: __6/21/13_____      ___/s/   Alyson A. Berg  
   Alyson A. Berg  
   Assistant United States Attorney  
   Attorneys for Defendant  
   UNITED STATES OF AMERICA and  
   OFFICER J. P. NORRIS

Dated: ___6/21/13_____      ___/s/ Oliver U. Robinson, Esq.  
   ROBINSON & KELLAR  
   3434 Truxtun Avenue, Suite 150  
   Bakersfield, CA  93301  
   Attorneys for Defendant  
   Deputy WILLIAM STRAWTER

IT IS HEREBY ORDERED that the entire action, and all claims by any parties herein, is hereby Dismissed with Prejudice, and further that all parties shall bear their own attorney's fees and costs. The clerk is directed to close this action.

IT IS SO ORDERED.

Dated:   **June 24, 2013**              **/s/ Lawrence J. O'Neill**
                                                          UNITED STATES DISTRICT JUDGE